IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP J. GAINES, #268485, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-1045-WKW |
| | ) | [WO] |
| OFFICER HINES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Magistrate Judge has entered a Recommendation that Plaintiff Phillip Gaines's 42 U.S.C. § 1983 action be transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404(a). (Doc. # 3.) Plaintiff has not filed objections. Based upon an independent review of the Recommendation, the court finds that the Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is ORDERED that the Recommendation (Doc. # 3) is ADOPTED; and Plaintiff's 42 U.S.C. § 1983 action is TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this 28th day of January, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE